No. D–1494.  IN RE DISBARMENT OF OTCHERE.  Disbarment entered.  [For earlier order herein, see 513 U. S. 1074.]

No. 93–2068.  KIMBERLIN v. QUINLAN ET AL.  C. A. D. C. Cir. [Certiorari granted, 513 U. S. 1123.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–203.  MORSE ET AL. v. REPUBLICAN PARTY OF VIRGINIA ET AL.  D. C. W. D. Va.  [Probable jurisdiction noted, 513 U. S. 1125.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–372.  SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES v. WHITECOTTON ET AL.  C. A. Fed. Cir.  [Certiorari granted, 513 U. S. 959.]  Motion of respondents for leave to file a supplemental brief after argument granted.

No. 94–8032.  KVIATKOVSKY v. TEMPLE UNIVERSITY ET AL. C. A. 3d Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until April 24, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 94–818.  HERCULES INC. ET AL. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari granted.  JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 94–746.  CALIFORNIA v. GUTIERREZ.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 94–878.  IGARTUA ET AL. v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 94–977.  TUCKER v. UNITED STATES; and
No. 94–6963.  MCDONALD v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.